IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
Case No. 3:10CV325-RLV-DCK

| | |
|---|---|
| MICHAEL RODRIGUEZ,<br><br>　　Plaintiff,<br><br>v.<br><br>NATIONAL ASSOCIATION FOR STOCK CAR AUTO RACING, INC.,<br><br>　　Defendants. | ORDER |

**THIS MATTER IS BEFORE THE COURT** on the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 24) of Jeffrey I. Pasek, for admission as counsel *pro hac vice* on behalf of Defendant National Association for Stock Car Auto Racing, Inc. filed on July 27, 2010.

Up*o*n review and consideration of the Motion, which was accompanied by submission of the necessary fee, the Court hereby <u>grants</u> the motion.

In accordance with Rule 83.1(B) of this Court's Local Rules, Mr. Pasek is admitted to appear before this court *pro hac vice* on behalf of Defendant National Association for Stock Car Auto Racing, Inc.

　　　　　　　　　　　　　　　　　Signed: July 28, 2010

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　David C. Keesler
　　　　　　　　　　　　　　　　　United States Magistrate Judge