IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
Case No. 3:10-CV-325-RLV-DCK

| | |
|---|---|
| MICHAEL RODRIGUEZ,<br><br>　　Plaintiff,<br><br>v.<br><br>NATIONAL ASSOCIATION FOR STOCK CAR AUTO RACING, INC.,<br><br>　　Defendants. | ORDER |

**THIS MATTER IS BEFORE THE COURT** on the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 33) of Kathleen Kirkpatrick, for admission as counsel *pro hac vice* on behalf of Plaintiff Michael Rodriguez, filed on August 9, 2010.

Up*o*n review and consideration of the Motion, which was accompanied by submission of the necessary fee, the Court hereby grants the motion.

In accordance with Rule 83.1(B) of this Court's Local Rules, Ms. Kirkpatrick is admitted to appear before this court *pro hac vice* on behalf of Plaintiff Michael Rodriguez.

Signed: August 10, 2010

David C. Keesler
United States Magistrate Judge