IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| MICHAEL RODRIGUEZ, | |
| Plaintiff, | |
| v. | Civil Action No. 3:10-CV-00325 |
| NATIONAL ASSOCIATION FOR STOCK CAR AUTO RACING, INC., et al., | |
| Defendants. | |

## ORDER

AND NOW, this 5th day of June, 2012, upon consideration of the foregoing stipulation by counsel for the parties, it appearing to the Court that no just cause exists to delay, it is hereby

ORDERED

That Plaintiff's complaint against Defendant National Association for Stock Car Auto Racing, Inc. is dismissed with prejudice.

The parties shall bear their own costs with respect to Plaintiff's claim against National Association for Stock Car Auto Racing, Inc.

BY THE COURT

_____ J.