IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| MICHAEL RODRIGUEZ,<br><br>    Plaintiff,<br><br>v.<br><br>NATIONAL ASSOCIATION FOR STOCK CAR AUTO RACING, INC., et al.,<br><br>    Defendants. | Civil Action No. 3:10-CV-00325 |

## ORDER

AND NOW, this 5th day of June, 2012, upon consideration of the foregoing stipulation by counsel for the parties, it appearing to the Court that no just cause exists to delay, it is hereby

ORDERED

That Plaintiff's complaint against Defendant Access Marketing and Communications, LLC is dismissed with prejudice.

The parties shall bear their own costs with respect to Plaintiff's claim against Access Marketing and Communications, LLC.

BY THE COURT

_____