# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Michael Rodriguez,

        Plaintiff(s),                                     JUDGMENT IN A CIVIL CASE

vs.                                                       3:10cv325

National Association for Stock Car Auto Racing, Inc., et al.,

        Defendant(s).

DECISION BY COURT. This action having come before the Court by Stipulation and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's June 5, 2012 Order.

                                                        Signed: June 6, 2012

                                                        Frank G. Johns, Clerk
                                                        United States District Court