UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:10-cv-00325-MOC

| | | |
|---|---|---|
| **MICHAEL RODRIGUEZ,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| Vs. | ) | ORDER |
| | ) | |
| **NATIONAL ASSOCIATION FOR STOCK CAR AUTO RACING, INC.,** | ) ) | |
| | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the court on two letters from plaintiff, submitted pro se, more than a year after Judgment was entered closing this case. In the first letter, Mr. Rodriguez discloses confidential attorney-client communications and complains about the services rendered by his retained counsel. In the second letter, Mr. Rodriguez asks why the court has not responded to his first letter.

In the first letter, it appears that Mr. Rodriguez desires to file a Bar complaint against his attorney and asks this court to "copy me with your complaint, so I may send mine at the same time." Letter (#141) at 1. Mr. Rodriguez is advised that Judgment has been entered and that this case is closed. Further, the court recalls no conduct by counsel that would have warranted this court in making any reference to the North Carolina State Bar. Indeed, the court recalls that counsel did an excellent job in moving this case past summary judgment and securing for plaintiff a jury trial, at which plaintiff was well represented. Any concerns Mr. Rodriguez may have concerning the ethical conduct of his attorney can be addressed to the North Carolina State Bar and any concerns he may have as to the quality of professional services rendered should be discussed with another attorney. This court is not, however, the arbiter of those disputes and

sending letters to chambers concerning such disputes is not appropriate and may well reveal privileged communications or have other unintended legal consequences.

**ORDER**

**IT IS, THEREFORE, ORDERED** that to the extent Mr. Rodriguez seeks relief in his August 2, 2013, or October 28, 2013, letters, such request(s) for relief are denied.

Signed: November 12, 2013

Max O. Cogburn Jr.
United States District Judge